DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

WILLIAM KRUCHEK

    Plaintiff,

vs.

COMMISSIONER of Social Security

    Defendant. /

Civil No. 02-cv-1461-AA
Appellate Court No. 03-35908

ORDER GRANTING AWARD
OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant in the amount of **$7909.08** as and for EAJA Fees.

Done this 20 day of April, 2005.

_____
Judge